**Charles Elliott Anderson Jr.**

**1205 California Ave. #2**

**Las Cruces, NM. 88001**

**575-300-3833**

thankyoulord2019@gmail.com

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------

**In re:**

**BRANDED OPERATIONS HOLDINGS, INC., et al.,**

**(Debtors)**

**Case No. 22-22608-(JLG)**

**Chapter 11 (Jointly Administered)**

(1)

-------------------------------------------------------------

**CHARLES ELLIOTT ANDERSON JR.,**

**Appellant,**

**v.**

**PATRICK J. BARTELS, JR.,**

**PLAN ADMINISTRATOR, et al.,**

**Appellees.**

**District Court Appeal No. 25-cv-5045-(JGLC)**

-------------------------------------------------------------

## APPELLANT'S DESIGNATION OF RECORD ON APPEAL: THE IRREFUTABLE MONEY TRAIL OF FRAUD ON THE COURT AND THE AMERICAN PEOPLE

Comes Now Appellant, Charles Elliott Anderson Jr., proceeding pro se, hereby respectfully designates the following items/documents from the dockets of the above-captioned bankruptcy proceedings, including Case No. 22-22549-(JLG) and Case No. 22-22608-(JLG), as the complete and irrefutable record on appeal, pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1).

This meticulously compiled Designation is presented to the United States District Court for the Southern District of New York (Case No. 25-cv-5045)-(JGLC) as direct evidence of a deliberate, pre-planned scheme to defraud creditors and the American people. This record will lay bare the fraudulent financial path taken by the "Corporate Predators" and expose the complicity of the "pest controllers" and "dual-dipping law firms" who allegedly profited immensely while denying justice to the "surviving victims" of the opioid crisis. The "Proof is in the money trail," and this designation provides the precise coordinates to trace it.



## I. JURISDICTION

This Court retains jurisdiction over the Debtors' Chapter 11 cases, the confirmed Plan, and the trusts established thereunder pursuant to 28 U.S.C. § 1334. The matters raised in Appellant's filings and supplemented by the information herein relate to the interpretation, implementation, and equitable administration of the confirmed Plan and court-approved trusts, falling within this Court's continuing jurisdiction. The Court also possesses inherent equitable powers under 11 U.S.C. § 105(a) to enter necessary or appropriate orders to carry out the provisions of the Bankruptcy Code and ensure the fair administration of the estate and the treatment of victims. This appeal to the District Court is properly brought pursuant to 28 U.S.C. § 158(a).

## II. DESIGNATED RECORD FROM BANKRUPTCY CASE NO. 22-22549 (JLG):

1. **Bankr. ECF No. 1:** Filed 08/16/2022. VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY. (Pgs 1-25)
2. **Bankr. ECF No. 2:** Filed 08/17/2022. ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(B). (Pgs 1-43)
3. **Bankr. ECF No. 3:** Filed 08/17/2022. MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS, WAIVE EQUITY HOLDER LIST, AND PROVIDE NOTICE OF COMMENCEMENT TO EQUITY SECURITY HOLDERS. (Pgs 1-16)
4. **Bankr. ECF No. 4:** Filed 08/17/2022. DECLARATION OF MARK BRADLEY IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PAPERS. (Pgs 1-174)
5. **Bankr. ECF No. 5:** Filed 08/17/2022. MOTION TO PROHIBIT UTILITIES FROM ALTERING SERVICE. (Pgs 1-50)
6. **Bankr. ECF No. 6:** Filed 08/17/2022. MOTION OF THE DEBTORS FOR AN ORDER (I) WAIVING THE REQUIREMENT THAT EACH DEBTOR FILES A SEPARATE LIST OF ITS 20 LARGEST UNSECURED CREDITORS; (II) AUTHORIZING THE DEBTORS TO FILE A SINGLE CONSOLIDATED LIST OF THEIR 50 LARGEST UNSECURED, NON-INSIDER CREDITORS; (III) AUTHORIZING THE DEBTORS AND THE CLAIMS AND NOTICING AGENT TO REDACT PERSONALLY IDENTIFIABLE INFORMATION FOR INDIVIDUALS;



(IV) AUTHORIZING THE CLAIMS AND NOTICING AGENT TO WITHHOLD PUBLICATION OF CLAIMS FILED BY INDIVIDUALS UNTIL FURTHER ORDER OF THE COURT; (V) ESTABLISHING PROCEDURES FOR NOTIFYING CREDITORS OF THE COMMENCEMENT OF THE DEBTORS' CHAPTER 11 CASES; AND (VI) GRANTING RELATED RELIEF. **(Pgs 1-29)**

7. **Bankr. ECF No. 7:** Filed 08/17/2022. MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING DEBTORS TO (A) PAY PREPETITION WAGES, SALARIES, EMPLOYEE BENEFITS, AND OTHER COMPENSATION AND (B) CONTINUE EMPLOYEE BENEFITS PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS; (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS; AND (III) GRANTING RELATED RELIEF. **(Pgs 1-67)**

8. **Bankr. ECF No. 8:** Filed 08/17/2022. MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE FOREIGN REPRESENTATIVES TO ACT FOR THE DEBTORS IN FOREIGN PROCEEDINGS AND (II) GRANTING RELATED RELIEF. **(Pgs 1-17)**

9. **Bankr. ECF No. 10:** Filed 08/17/2022. MOTION TO HONOR PREPETITION OBLIGATIONS TO CUSTOMERS AND CONTINUE CUSTOMER PROGRAMS. **(Pgs 1-40)**

10. **Bankr. ECF No. 11:** Filed 08/17/2022. MOTION TO PAY CERTAIN PREPETITION SPECIFIED TRADE CLAIMS. **(Pgs 1-59)**

11. **Bankr. ECF No. 12:** Filed 08/17/2022. MOTION TO PAY CERTAIN PREPETITION TAXES, GOVERNMENTAL ASSESSMENTS, AND FEES. **(Pgs 1-53)**

12. **Bankr. ECF No. 13:** Filed 08/17/2022. MOTION TO CONTINUE INSURANCE PROGRAMS. **(Pgs 1-44)**

13. **Bankr. ECF No. 14:** Filed 08/17/2022. MOTION TO ESTABLISH EQUITY TRADING PROCEDURES. **(Pgs 1-64)**

14. **Bankr. ECF No. 16:** Filed 08/17/2022. MOTION OF THE DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEMS, BANK ACCOUNTS, AND BUSINESS FORMS AND (B) IMPLEMENT CHANGES TO THEIR CASH MANAGEMENT SYSTEM IN THE ORDINARY COURSE OF BUSINESS; (II) GRANTING ADMINISTRATIVE EXPENSE PRIORITY FOR POSTPETITION INTERCOMPANY CLAIMS; (III) GRANTING A WAIVER WITH RESPECT TO THE REQUIREMENTS OF 11 U.S.C. § 345(b); AND (IV) GRANTING RELATED RELIEF. **(Pgs 1-59)**

15. **Bankr. ECF No. 17:** Filed 08/17/2022. MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL. **(Pgs 1-108)**



16. **Bankr. ECF No. 18:** Filed 08/17/2022. DECLARATION OF RAY DOMBROWSKI IN SUPPORT OF CASH COLLATERAL MOTION. (Pgs 1-9)

17. **Bankr. ECF No. 19:** Filed 08/17/2022. DECLARATION OF MARK BRADLEY IN SUPPORT OF CHAPTER 11 PETITIONS AND FIRST DAY PAPERS. (Pgs 1-174)

18. **Bankr. ECF No. 47:** Filed 08/17/2022. APPLICATION OF THE DEBTORS FOR AN ORDER (I) APPOINTING KROLL RESTRUCTURING ADMINISTRATION LLC AS CLAIMS AND NOTICING AGENT NUNC PRO TUNC TO THE PETITION DATE; AND (II) GRANTING RELATED RELIEF. (Pgs 1-42)

19. **Bankr. ECF No. 111:** Filed 08/24/2022. NOTICE OF CHAPTER 11 BANKRUPTCY CASE. (Pgs 1-6)

20. **Bankr. ECF No. 166:** Filed 09/02/2022. THE DEBTORS' APPLICATION FOR AN ORDER (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP AS COUNSEL TO THE DEBTORS NUNC PRO TUNC TO THE PETITION DATE AND (II) GRANTING RELATED RELIEF. (Pgs 1-236)

21. **Bankr. ECF No. 375:** Filed 10/12/2022. SUPPLEMENTAL DECLARATION OF MARK BRADLEY IN SUPPORT OF DEBTORS' MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL. (Pgs 1-5)

22. **Bankr. ECF No. 375-2:** Filed 10/12/2022. EXHIBIT A-1 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - AMENDED AND RESTATED CREDIT AGREEMENT. (Pgs 1-239)

23. **Bankr. ECF No. 375-3:** Filed 10/12/2022. EXHIBIT A-2 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - INDENTURE, 5.875% SENIOR SECURED NOTES DUE 2024. (Pgs 1-137)

24. **Bankr. ECF No. 375-4:** Filed 10/12/2022. EXHIBIT A-3 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - INDENTURE, 7.500% SENIOR SECURED NOTES DUE 2027. (Pgs 1-137)

25. **Bankr. ECF No. 375-5:** Filed 10/12/2022. EXHIBIT A-4 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - INDENTURE, 6.125% SENIOR SECURED NOTES DUE 2029. (Pgs 1-137)

26. **Bankr. ECF No. 375-6:** Filed 10/12/2022. EXHIBIT A-5 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - INDENTURE, 9.500% SENIOR SECURED SECOND LIEN NOTES DUE 2027. (Pgs 1-137)

27. **Bankr. ECF No. 375-7:** Filed 10/12/2022. EXHIBIT A-6 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - OFFERING MEMORANDUM, 5.875% SENIOR SECURED NOTES DUE 2024. (Pgs 1-180)

28. **Bankr. ECF No. 375-8:** Filed 10/12/2022. EXHIBIT A-7 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY - OFFERING MEMORANDUM, 7.500% SENIOR SECURED NOTES DUE 2027. (Pgs 1-180)



29. **Bankr. ECF No. 375-9:** Filed 10/12/2022. EXHIBIT A-8 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – OFFERING MEMORANDUM AND CONSENT SOLICITATION STATEMENT, 9.500% SENIOR SECURED SECOND LIEN NOTES DUE 2027. **(Pgs 1-180)**

30. **Bankr. ECF No. 375-10:** Filed 10/12/2022. EXHIBIT A-9 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – OFFERING MEMORANDUM AND CONSENT SOLICITATION STATEMENT, 7.500% SENIOR SECURED NOTES DUE 2027, SUPPLEMENT NO. 1. **(Pgs 1-180)**

31. **Bankr. ECF No. 375-11:** Filed 10/12/2022. EXHIBIT A-10 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – OFFERING MEMORANDUM AND CONSENT SOLICITATION STATEMENT, 7.500% SENIOR SECURED NOTES DUE 2027, SUPPLEMENT NO. 2. **(Pgs 1-180)**

32. **Bankr. ECF No. 375-12:** Filed 10/12/2022. EXHIBIT A-11 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – OFFERING MEMORANDUM, 6.125% SENIOR SECURED NOTES DUE 2029. **(Pgs 1-180)**

33. **Bankr. ECF No. 375-13:** Filed 10/12/2022. EXHIBIT A-12 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – US PLEDGE AGREEMENT. **(Pgs 1-180)**

34. **Bankr. ECF No. 375-14:** Filed 10/12/2022. EXHIBIT A-13 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – US PLEDGE AND SECURITY AGREEMENT. **(Pgs 1-180)**

35. **Bankr. ECF No. 375-15:** Filed 10/12/2022. EXHIBIT A-14 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – CANADIAN PLEDGE AND SECURITY AGREEMENT. **(Pgs 1-180)**

36. **Bankr. ECF No. 375-16:** Filed 10/12/2022. EXHIBIT A-15 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – IRISH DEBENTURE. **(Pgs 1-180)**

37. **Bankr. ECF No. 375-17:** Filed 10/12/2022. EXHIBIT A-16 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – UK DEBENTURE. **(Pgs 1-180)**

38. **Bankr. ECF No. 375-18:** Filed 10/12/2022. EXHIBIT A-17 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – DEED OF HYPOTHEC. **(Pgs 1-180)**

39. **Bankr. ECF No. 375-19:** Filed 10/12/2022. EXHIBIT A-18 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – COLLATERAL TRUST AGREEMENT. **(Pgs 1-235)**

40. **Bankr. ECF No. 375-20:** Filed 10/12/2022. EXHIBIT A-19 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – SUBSIDIARY GUARANTY. **(Pgs 1-180)**

41. **Bankr. ECF No. 375-21:** Filed 10/12/2022. EXHIBIT A-20 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – INTERCREDITOR AGREEMENT. **(Pgs 1-180)**

42. **Bankr. ECF No. 375-22:** Filed 10/12/2022. EXHIBIT A-21 TO SUPPLEMENTAL DECLARATION OF MARK BRADLEY – REPRESENTATIVE COLLECTION OF UCC-1 FINANCING STATEMENTS. **(Pgs 1-180)**

43. **Bankr. ECF No. 376:** Filed 10/12/2022. NOTICE OF FILING OF PROPOSED COMBINED THIRD INTERIM AND FINAL ORDER (I) AUTHORIZING DEBTORS TO (A) PAY PREPETITION WAGES, SALARIES, EMPLOYEE BENEFITS AND OTHER COMPENSATION AND (B) CONTINUE EMPLOYEE BENEFITS PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS; (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS; AND (III) GRANTING RELATED RELIEF. (Pgs 1-41)

44. **Bankr. ECF No. 377:** Filed 10/12/2022. JOINDER OF COMPUTERSHARE TRUST COMPANY, N.A. TO REPLY OF FIRST LIEN AD HOC GROUP IN SUPPORT OF DEBTORS' CASH COLLATERAL MOTION. (Pgs 1-3)

45. **Bankr. ECF No. 385:** Filed 10/13/2022. NOTICE OF PRESENTMENT OF STIPULATION AND PROTECTIVE ORDER. (Pgs 1-27)

46. **Bankr. ECF No. 603:** Filed 11/08/2022. DEBTORS' REPLY TO THE UNITED STATES TRUSTEE'S SUPPLEMENT TO OBJECTION TO DEBTORS' MOTION FOR ENTRY OF ORDERS (I) AUTHORIZING DEBTORS TO (A) PAY PREPETITION WAGES, SALARIES, EMPLOYEE BENEFITS, AND OTHER COMPENSATION AND (B) CONTINUE EMPLOYEE BENEFITS PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS; (II) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS; AND (III) GRANTING RELATED RELIEF. (Pgs 1-43)

47. **Bankr. ECF No. 604:** Filed 11/08/2022. REPLY IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO INTERNATIONAL PLC, ET AL. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL, EFFECTIVE AS OF SEPTEMBER 8, 2022. (Pgs 1-44)

48. **Bankr. ECF No. 605:** Filed 11/08/2022. SUPPLEMENTAL DECLARATION OF ARIK PREIS IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF OPIOID CLAIMANTS OF ENDO INTERNATIONAL PLC, ET AL. TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS SPECIAL COUNSEL, EFFECTIVE AS OF SEPTEMBER 8, 2022. (Pgs 1-19)

49. **Bankr. ECF No. 607:** Filed 11/08/2022. AFFIDAVIT OF SERVICE. (Pgs 1-7)

50. **Bankr. ECF No. 610:** Filed 11/08/2022. AFFIDAVIT OF SERVICE. (Pgs 1-20)

51. **Bankr. ECF No. 1796:** Filed 04/12/2023. AFFIDAVIT OF SERVICE. (Pgs 1-16)

52. **Bankr. ECF No. 1798:** Filed 04/12/2023. SEVENTH MONTHLY STATEMENT OF FRANKEL WYRON LLP OF SERVICES RENDERED AND EXPENSES INCURRED AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE CLAIMANTS. (Pgs 1-25)

53. **Bankr. ECF No. 1954:** Filed 05/25/2023. NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES AND JOINT ADMINISTRATION. (Pgs 1-7)

54. **Bankr. ECF No. 2351:** Filed 06/29/2023. NOTICE OF HEARING OF MOTION OF THE DEBTORS FOR AN ORDER (I) CONFIRMING THAT (A) THE AUTOMATIC STAY DOES NOT APPLY TO PAYMENTS TO CERTAIN CLAIMANTS UNDER CERTAIN QUALIFIED SETTLEMENT FUNDS AND (B) THE DEBTORS ARE AUTHORIZED TO REQUEST THE RETURN OF FUNDS SUBJECT TO REVERSIONARY INTERESTS TO THEIR ESTATES, AND (II) GRANTING RELATED RELIEF. **(Pgs 1-19)**

55. **Bankr. ECF No. 2351-1:** Filed 06/29/2023. EXHIBIT A: PROPOSED ORDER (QSFs). **(Pgs 1-5)**

56. **Bankr. ECF No. 2351-2:** Filed 06/29/2023. EXHIBIT B: SCHEDULE OF QSFs. **(Pgs 1-4)**

57. **Bankr. ECF No. 2351-3:** Filed 06/29/2023. EXHIBIT C: BRADLEY DECLARATION (QSFs). **(Pgs 1-6)**

58. **Bankr. ECF No. 2351-4:** Filed 06/29/2023. EXHIBIT D: HAYNES DECLARATION (QSFs). **(Pgs 1-5)**

59. **Bankr. ECF No. 3549:** Filed 01/12/2024. ORDER (I) SCHEDULING A COMBINED HEARING FOR APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN; (II) CONDITIONALLY APPROVING THE ADEQUACY OF THE DISCLOSURE STATEMENT; (III) APPROVING (A) PROCEDURES FOR SOLICITATION, (B) FORMS OF BALLOTS AND NOTICES, (C) PROCEDURES FOR TABULATION OF VOTES, AND (D) PROCEDURES FOR OBJECTIONS; AND (IV) GRANTING RELATED RELIEF. **(Pgs 1-18)**

60. **Bankr. ECF No. 3549-1:** Filed 01/12/2024. EXHIBIT 1 TO ORDER SCHEDULING COMBINED HEARING (SOLICITATION AND VOTING PROCEDURES). **(Pgs 1-25)**

61. **Bankr. ECF No. 3549-2:** Filed 01/12/2024. EXHIBIT 2 TO ORDER SCHEDULING COMBINED HEARING (FORM OF BALLOT FOR CLASS 3 FIRST LIEN CLAIMS). **(Pgs 1-33)**

62. **Bankr. ECF No. 3549-3:** Filed 01/12/2024. EXHIBIT 3 TO ORDER SCHEDULING COMBINED HEARING (FORM OF BALLOT FOR CLASS 4(A) SECOND LIEN DEFICIENCY AND UNSECURED NOTES CLAIMS). **(Pgs 1-34)**

63. **Bankr. ECF No. 3549-4:** Filed 01/12/2024. EXHIBIT 4 TO ORDER SCHEDULING COMBINED HEARING (FORM OF BALLOT FOR CLASS 4(B) OTHER GENERAL UNSECURED CLAIMS, CLASS 4(C) MESH CLAIMS, CLASS 4(D) RANITIDINE CLAIMS, CLASS 7(A) PI OPIOID CLAIMS, CLASS 7(B) NAS PI CLAIMS, CLASS 7(E) IERP II CLAIMS, CLASS 11 OTHER OPIOID CLAIMS, AND CLASS 12 EFBD CLAIMS). **(Pgs 1-37)**

64. **Bankr. ECF No. 3549-5:** Filed 01/12/2024. EXHIBIT 5 TO ORDER SCHEDULING COMBINED HEARING (FORM OF BALLOT FOR CLASS·5 U.S. GOVERNMENT CLAIMS, CLASS 6(A) STATE OPIOID CLAIMS, CLASS 6(B) LOCAL

GOVERNMENT OPIOID CLAIMS, CLASS 6(C) TRIBAL OPIOID CLAIMS, CLASS 7(C) HOSPITAL OPIOID CLAIMS, CLASS 7(D) TPP CLAIMS, CLASS 8 PUBLIC SCHOOL DISTRICT CLAIMS, CLASS 9 CANADIAN PROVINCES CLAIMS, AND CLASS 10 SETTLING CO-DEFENDANT CLAIMS). **(Pgs 1-36)**

65. **Bankr. ECF No. 3549-6:** Filed 01/12/2024. EXHIBIT 6 TO ORDER SCHEDULING COMBINED HEARING (FORM OF NOTICE OF NON-VOTING STATUS FOR CLASS 1 PRIORITY NON-TAX CLAIMS AND CLASS 2 OTHER SECURED CLAIMS). **(Pgs 1-32)**

66. **Bankr. ECF No. 3549-7:** Filed 01/12/2024. EXHIBIT 7 TO ORDER SCHEDULING COMBINED HEARING (FORM OF NOTICE OF NON-VOTING STATUS FOR CLASS 15 SUBORDINATED, RECHARACTERIZED, OR DISALLOWED CLAIMS AND CLASS 16 EXISTING EQUITY INTERESTS). **(Pgs 1-37)**

67. **Bankr. ECF No. 3549-8:** Filed 01/12/2024. EXHIBIT 8 TO ORDER SCHEDULING COMBINED HEARING (FORM OF NOTICE OF NON-VOTING STATUS FOR DISPUTED CLAIMS). **(Pgs 1-38)**

68. **Bankr. ECF No. 3549-9:** Filed 01/12/2024. EXHIBIT 9 TO ORDER SCHEDULING COMBINED HEARING (FORM OF SOLICITATION COVER LETTER). **(Pgs 1-13)**

69. **Bankr. ECF No. 3549-10:** Filed 01/12/2024. EXHIBIT 10 TO ORDER SCHEDULING COMBINED HEARING (FORM OF NON-NOTES MASTER BALLOT SOLICITATION NOTICE AND SOLICITATION DIRECTIVE). **(Pgs 1-14)**

70. **Bankr. ECF No. 3549-11:** Filed 01/12/2024. EXHIBIT 11 TO ORDER SCHEDULING COMBINED HEARING (FORM OF COMBINED HEARING NOTICE). **(Pgs 1-24)**

71. **Bankr. ECF No. 3549-12:** Filed 01/12/2024. EXHIBIT 12 TO ORDER SCHEDULING COMBINED HEARING (FORM OF PUBLICATION NOTICE). **(Pgs 1-1)**

72. **Bankr. ECF No. 3549-13:** Filed 01/12/2024. EXHIBIT 13 TO ORDER SCHEDULING COMBINED HEARING (FORM OF ASSUMPTION NOTICE). **(Pgs 1-12)**

73. **Bankr. ECF No. 3549-14:** Filed 01/12/2024. EXHIBIT 14 TO ORDER SCHEDULING COMBINED HEARING (FORM OF REJECTION NOTICE). **(Pgs 1-6)**

74. **Bankr. ECF No. 3554:** Filed 01/16/2024. DISCLOSURE STATEMENT WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF ENDO INTERNATIONAL PLC AND ITS AFFILIATED DEBTORS. **(Pgs 1-202)**

75. **Bankr. ECF No. 3687:** Filed 02/16/2024. ENDO OPIOID PERSONAL INJURY TRUST AGREEMENT. **(Pgs 1-1044)**

76. **Bankr. ECF No. 3795:** Filed 03/07/2024. DECLARATION OF MARK BRADLEY IN SUPPORT OF CONFIRMATION OF THE THIRD AMENDED JOINT CHAPTER

11 PLAN OF REORGANIZATION OF ENDO INTERNATIONAL PLC AND ITS AFFILIATED DEBTORS. **(Pgs 1-33)**

77. **Bankr. ECF No. 3848:** Filed 03/17/2024. NOTICE OF FILING OF THIRD PLAN SUPPLEMENT. **(Pgs 1-61)**

78. **Bankr. ECF No. 3868:** Filed 03/19/2024. NOTICE OF FILING OF REVISED PROPOSED FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER CONFIRMING THE FOURTH AMENDED JOINT CHAPTER 11 PLAN. **(Pgs 1-155)**

79. **Bankr. ECF No. 3960:** Filed 03/22/2024. FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER (I) CONFIRMING THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION OF ENDO INTERNATIONAL PLC AND ITS AFFILIATED DEBTORS AND (II) APPROVING THE DISCLOSURE STATEMENT WITH RESPECT THERETO. **(Pgs 1-72)**

80. **Bankr. ECF No. 4164:** Filed 04/05/2024. NOTICE OF FILING OF FOURTH PLAN SUPPLEMENT. **(Pgs 1-148)**

81. **Bankr. ECF No. 4208:** Filed 04/23/2024. NOTICE OF FILING OF FIFTH PLAN SUPPLEMENT. **(Pgs 1-1121)**

82. **Bankr. ECF No. 4209:** Filed 04/23/2024. NOTICE OF FILING OF SIXTH PLAN SUPPLEMENT. **(Pgs 1-121)**

83. **Bankr. ECF No. 4213:** Filed 04/23/2024. NOTICE OF FILING OF SEVENTH PLAN SUPPLEMENT. **(Pgs 1-877)**

84. **Bankr. ECF No. 4353:** Filed 06/18/2024. LETTER FILED BY CHARLES ANDERSON. **(Pgs 1-2)**

85. **Bankr. ECF No. 4471:** Filed 08/01/2024. BIELI & KLAUDER LLC, SEVENTEENTH MONTHLY FEE STATEMENT. **(Pgs 1-15)**

86. **Bankr. ECF No. 4472:** Filed 08/01/2024. BIELI & KLAUDER LLC, EIGHTEENTH MONTHLY FEE STATEMENT. **(Pgs 1-23)**

87. **Bankr. ECF No. 4473:** Filed 08/01/2024. BIELI & KLAUDER LLC, NINETEENTH MONTHLY FEE STATEMENT. **(Pgs 1-20)**

88. **Bankr. ECF No. 4474:** Filed 08/01/2024. BIELI & KLAUDER LLC, FOURTH AND FINAL APPLICATION FOR COMPENSATION. **(Pgs 1-102)**

89. **Bankr. ECF No. 4475:** Filed 08/01/2024. NOTICE OF HEARING ON BIELI & KLAUDER LLC, FOURTH AND FINAL APPLICATION FOR COMPENSATION. **(Pgs 1-3)**

90. **Bankr. ECF No. 4499:** Filed 08/19/2024. NOTICE OF RESOLUTION OF MOTION OF THE DEBTORS FOR AN ORDER (I) CONFIRMING THAT (A) THE AUTOMATIC STAY DOES NOT APPLY TO PAYMENTS TO CERTAIN CLAIMANTS UNDER CERTAIN QUALIFIED SETTLEMENT FUNDS AND (B) THE DEBTORS ARE AUTHORIZED TO REQUEST THE RETURN OF FUNDS SUBJECT TO REVERSIONARY INTERESTS TO THEIR ESTATES, AND (II) GRANTING RELATED RELIEF. **(Pgs 1-3)**



91. **Bankr. ECF No. 4501:** Filed 08/21/2024. ORDER IN AID OF IMPLEMENTATION OF CHAPTER 11 PLAN. **(Pgs 1-4)**
92. **Bankr. ECF No. 4501-1:** Filed 08/21/2024. EXHIBIT 1: FORM OF MASTER PROXY. **(Pgs 1-2)**
93. **Bankr. ECF No. 4505:** Filed 08/22/2024. AFFIDAVIT OF SERVICE. **(Pgs 1-17)**
94. **Bankr. ECF No. 4507:** Filed 08/23/2024. NOTICE OF COURT SOLUTIONS HEARING ON PLAN ADMINISTRATOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 105(A) AND FED. R. BANKR. P. 3007 (I) ESTABLISHING CLAIMS OBJECTION AND NOTICE PROCEDURES AND (II) GRANTING RELATED RELIEF. **(Pgs 1-3)**
95. **Bankr. ECF No. 4512:** Filed 09/05/2024. ORDER GRANTING THE FOURTH AND FINAL APPLICATION OF BIELI & KLAUDER, LLC FOR COMPENSATION. **(Pgs 1-4)**
96. **Bankr. ECF No. 4517:** Filed 09/25/2024. SUPPLEMENTAL AFFIDAVIT OF SERVICE. **(Pgs 1-3)**
97. **Bankr. ECF No. 4522:** Filed 09/30/2024. MONTHLY OPERATING REPORT, 70 MAPLE AVENUE, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
98. **Bankr. ECF No. 4523:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ACTIENT PHARMACEUTICALS LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
99. **Bankr. ECF No. 4524:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ACTIENT THERAPEUTICS LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
100. **Bankr. ECF No. 4525:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ANCHEN INCORPORATED, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
101. **Bankr. ECF No. 4526:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ANCHEN PHARMACEUTICALS, INC., QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
102. **Bankr. ECF No. 4527:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ASTORA WOMEN'S HEALTH IRELAND LIMITED, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
103. **Bankr. ECF No. 4528:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ASTORA WOMEN'S HEALTH, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
104. **Bankr. ECF No. 4529:** Filed 09/30/2024. MONTHLY OPERATING REPORT, AUXILIUM INTERNATIONAL HOLDINGS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**
105. **Bankr. ECF No. 4530:** Filed 09/30/2024. MONTHLY OPERATING REPORT, AUXILIUM PHARMACEUTICALS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

106. **Bankr. ECF No. 4531:** Filed 09/30/2024. MONTHLY OPERATING REPORT, AUXILIUM US HOLDINGS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

107. **Bankr. ECF No. 4532:** Filed 09/30/2024. MONTHLY OPERATING REPORT, BERMUDA ACQUISITION MANAGEMENT LIMITED, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

108. **Bankr. ECF No. 4533:** Filed 09/30/2024. MONTHLY OPERATING REPORT, BIOSPECIFICS TECHNOLOGIES LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

109. **Bankr. ECF No. 4534:** Filed 09/30/2024. MONTHLY OPERATING REPORT, BRANDED OPERATIONS HOLDINGS, INC., QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

110. **Bankr. ECF No. 4535:** Filed 09/30/2024. MONTHLY OPERATING REPORT, DAVA INTERNATIONAL, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

111. **Bankr. ECF No. 4536:** Filed 09/30/2024. MONTHLY OPERATING REPORT, DAVA PHARMACEUTICALS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

112. **Bankr. ECF No. 4537:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO AESTHETICS LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

113. **Bankr. ECF No. 4553:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO INNOVATION VALERA, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

114. **Bankr. ECF No. 4554:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO INTERNATIONAL PLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

115. **Bankr. ECF No. 4562:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO PAR INNOVATION CO. LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

116. **Bankr. ECF No. 4563:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO PHARMA.FINANCE LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

117. **Bankr. ECF No. 4564:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO PHARMA.INC., QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

118. **Bankr. ECF No. 4565:** Filed 09/30/2024. MONTHLY OPERATING REPORT, ENDO PHARMA. SOLUTIONS INC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

119. **Bankr. ECF No. 4578:** Filed 09/30/2024. MONTHLY OPERATING REPORT, GENERICS INTERNATIONAL VENTURES ENTERPRISES LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

120. **Bankr. ECF No. 4579:** Filed 09/30/2024. MONTHLY OPERATING REPORT, HAWK ACQ.IRELAND.LIMT., QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

121. **Bankr. ECF No. 4580:** Filed 09/30/2024. MONTHLY OPERATING REPORT, INNOTEQ, INC., QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

122. **Bankr. ECF No. 4581:** Filed 09/30/2024. MONTHLY OPERATING REPORT, JHP ACQ.LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

123. **Bankr. ECF No. 4582:** Filed 09/30/2024. MONTHLY OPERATING REPORT, JHP GROUP HOLDINGS,LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

124. **Bankr. ECF No. 4598:** Filed 09/30/2024. MONTHLY OPERATING REPORT, QUARTZ SPECIALTY PHARMACEUTICALS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

125. **Bankr. ECF No. 4599:** Filed 09/30/2024. MONTHLY OPERATING REPORT, SLATE PHARMACEUTICALS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

126. **Bankr. ECF No. 4600:** Filed 09/30/2024. MONTHLY OPERATING REPORT, TIMM MEDICAL HOLDINGS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

127. **Bankr. ECF No. 4601:** Filed 09/30/2024. MONTHLY OPERATING REPORT, VINTAGE PHARMACEUTICALS, LLC, QUARTER ENDING 04/30/2024. **(Pgs 1-52)**

128. **Bankr. ECF No. 4602:** Filed 10/01/2024. POST-CONFIRMATION REPORT, 70 MAPLE AVENUE, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

129. **Bankr. ECF No. 4604:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ACTIENT THERAPEUTICS LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

130. **Bankr. ECF No. 4605:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ANCHEN INCORPORATED, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

131. **Bankr. ECF No. 4606:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ANCHEN PHARMACEUTICALS, INC., QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

132. **Bankr. ECF No. 4607:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ASTORA WOMEN'S HEALTH IRELAND LIMITED, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

133. **Bankr. ECF No. 4608:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ASTORA WOMEN'S HEALTH, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

134. **Bankr. ECF No. 4609:** Filed 10/01/2024. POST-CONFIRMATION REPORT, AUXILIUM INTERNATIONAL HOLDINGS, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

135. **Bankr. ECF No. 4610:** Filed 10/01/2024. POST-CONFIRMATION REPORT, AUXILIUM PHARMACEUTICALS, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

136. **Bankr. ECF No. 4611:** Filed 10/01/2024. POST-CONFIRMATION REPORT, AUXILIUM US HOLDINGS, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

137. **Bankr. ECF No. 4612:** Filed 10/01/2024. POST-CONFIRMATION REPORT, BERMUDA ACQUISITION MANAGEMENT LIMITED, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

138. **Bankr. ECF No. 4613:** Filed 10/01/2024. POST-CONFIRMATION REPORT, BIOSPECIFICS TECHNOLOGIES LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

139. **Bankr. ECF No. 4614:** Filed 10/01/2024. POST-CONFIRMATION REPORT, BRANDED OPERATIONS HOLDINGS, INC., QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

140. **Bankr. ECF No. 4615:** Filed 10/01/2024. POST-CONFIRMATION REPORT, DAVA INTERNATIONAL, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

141. **Bankr. ECF No. 4616:** Filed 10/01/2024. POST-CONFIRMATION REPORT, DAVA PHARMACEUTICALS, LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

142. **Bankr. ECF No. 4617:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ENDO AESTHETICS LLC, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

143. **Bankr. ECF No. 4618:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ENDO BERMUDA FINANCE LIMITED, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

144. **Bankr. ECF No. 4619:** Filed 10/01/2024. POST-CONFIRMATION REPORT, ENDO DESIGNATED ACTIVITY COMPANY, QUARTER ENDING 06/30/2024. **(Pgs 1-10)**

145. **Bankr. ECF No. 4684:** Filed 10/16/2024. NOTICE OF PRESENTMENT OF PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF AN ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES; (II) GRANTING FINAL DECREES IN CERTAIN CLOSED CHAPTER 11 CASES; (III) AMENDING CAPTION OF REMAINING CASES; AND (IV) GRANTING RELATED RELIEF. **(Pgs 1-19)**

146. **Bankr. ECF No. 4687:** Filed 10/18/2024. AFFIDAVIT OF SERVICE. **(Pgs 1-17)**

147. **Bankr. ECF No. 4689:** Filed 10/18/2024. PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN (I) SUBSTANTIVE DUPLICATE CLAIMS, (II) CROSS DEBTOR DUPLICATE CLAIMS, AND (III) NO LIABILITY CLAIMS (SUBSTANTIVE). **(Pgs 1-42)**

148. **Bankr. ECF No. 4692:** Filed 10/22/2024. MEMORANDUM/ENDORSED ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL. **(Pgs 1-6)**

149. **Bankr. ECF No. 4694:** Filed 10/25/2024. MOTION TO "OBJECT" - PLAN ADMINISTRATORS "PROPOSED ORDER" - (I) CLOSING CERTAIN CHAPTER 11 CASES; (II) GRANTING FINAL DECREES IN CERTAIN CLOSED CHAPTER 11 CASES; (III) AMENDING CAPTION OF REMAINING CASES; AND (IV) GRANTING RELATED RELIEF. **(Pgs 1-9)**



150. **Bankr. ECF No. 4694-to 4694-1- 4694-9:** Filed 10/25/2024. EXHIBIT 1 TO MOTION TO "OBJECT" – PLAN ADMINISTRATORS "PROPOSED ORDER". **(Pgs 1-11)**

151. **Bankr. ECF No. 4694-2:** Filed 10/25/2024. EXHIBIT 2 TO MOTION TO "OBJECT" – PLAN ADMINISTRATORS "PROPOSED ORDER". **(Pgs 1-13)**

152. **Bankr. ECF No. 4707:** Filed 10/31/2024. POST-CONFIRMATION REPORT FOR BRANDED OPERATIONS HOLDINGS, INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

153. **Bankr. ECF No. 4726:** Filed 10/31/2024. POST-CONFIRMATION REPORT FOR ENDO INTERNATIONAL PLC, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

154. **Bankr. ECF No. 4737:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO PHARMACEUTICALS VALERA INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

155. **Bankr. ECF No. 4738:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO PROCUREMENT OPERATIONS LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

156. **Bankr. ECF No. 4739:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO TOPFIN LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

157. **Bankr. ECF No. 4740:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO U.S. INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

158. **Bankr. ECF No. 4741:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO VENTURES AESTHETICS LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

159. **Bankr. ECF No. 4742:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO VENTURES BERMUDA LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

160. **Bankr. ECF No. 4743:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO VENTURES CYPRUS LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

161. **Bankr. ECF No. 4744:** Filed 10/31/2024. POST-CONFIRMATION REPORT, ENDO VENTURES UNLIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

162. **Bankr. ECF No. 4745:** Filed 10/31/2024. POST-CONFIRMATION REPORT, GENERICS BIDCO I, LLC, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

163. **Bankr. ECF No. 4746:** Filed 10/31/2024. POST-CONFIRMATION REPORT, GENERICS INTERNATIONAL (US) 2, INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

164. **Bankr. ECF No. 4747:** Filed 10/31/2024. POST-CONFIRMATION REPORT, GENERICS INTERNATIONAL (US), INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

165. **Bankr. ECF No. 4748:** Filed 10/31/2024. POST-CONFIRMATION REPORT, GENERICS INTERNATIONAL VENTURES ENTERPRISES LLC, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

166. **Bankr. ECF No. 4749:** Filed 10/31/2024. POST-CONFIRMATION REPORT, HAWK ACQUISITION IRELAND LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

167. **Bankr. ECF No. 4750:** Filed 10/31/2024. POST-CONFIRMATION REPORT, INNOTEQ, INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

168. **Bankr. ECF No. 4751:** Filed 10/31/2024. POST-CONFIRMATION REPORT, JHP ACQUISITION, LLC, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

169. **Bankr. ECF No. 4752:** Filed 10/31/2024. POST-CONFIRMATION REPORT, JHP GROUP HOLDINGS, LLC, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

170. **Bankr. ECF No. 4753:** Filed 10/31/2024. POST-CONFIRMATION REPORT, KALI LABORATORIES 2, INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

171. **Bankr. ECF No. 4754:** Filed 10/31/2024. POST-CONFIRMATION REPORT, KALI LABORATORIES, LLC, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

172. **Bankr. ECF No. 4755:** Filed 10/31/2024. POST-CONFIRMATION REPORT, LUXEMBOURG ENDO SPECIALTY PHARMACEUTICALS HOLDING I S.A R.L., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

173. **Bankr. ECF No. 4756:** Filed 10/31/2024. POST-CONFIRMATION REPORT, MOORES MILL PROPERTIES L.L.C., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

174. **Bankr. ECF No. 4757:** Filed 10/31/2024. POST-CONFIRMATION REPORT, OPERAND PHARMACEUTICALS HOLDCO II LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

175. **Bankr. ECF No. 4758:** Filed 10/31/2024. POST-CONFIRMATION REPORT, OPERAND PHARMACEUTICALS HOLDCO III LIMITED, QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

176. **Bankr. ECF No. 4759:** Filed 10/31/2024. POST-CONFIRMATION REPORT, PALADIN LABS CANADIAN HOLDING INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

177. **Bankr. ECF No. 4760:** Filed 10/31/2024. POST-CONFIRMATION REPORT, PALADIN LABS INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

178. **Bankr. ECF No. 4761:** Filed 10/31/2024. POST-CONFIRMATION REPORT, PAR LABORATORIES EUROPE, LTD., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**

179. **Bankr. ECF No. 4762:** Filed 10/31/2024. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL 2, INC., QUARTER ENDING 09/30/2024. **(Pgs 1-10)**



180. **Bankr. ECF No. 4763:** Filed 10/31/2024. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL COMPANIES, INC., QUARTER ENDING 09/30/2024. (Pgs 1-10)

181. **Bankr. ECF No. 4764:** Filed 10/31/2024. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL HOLDINGS, INC., QUARTER ENDING 09/30/2024. (Pgs 1-10)

182. **Bankr. ECF No. 4772:** Filed 11/01/2024. STIPULATION AND AGREED ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF PULSE INFOFRAME US, LLC. (Pgs 1-4)

183. **Bankr. ECF No. 4774:** Filed 11/06/2024. POST-CONFIRMATION REPORT, ENDO BIOLOGICS LIMITED, QUARTER ENDING 06/30/2024. (Pgs 1-10)

184. **Bankr. ECF No. 4775:** Filed 11/06/2024. POST-CONFIRMATION REPORT, ENDO BIOLOGICS LIMITED, QUARTER ENDING 09/30/2024. (Pgs 1-10)

185. **Bankr. ECF No. 4776:** Filed 11/06/2024. POST-CONFIRMATION REPORT, ENDO OPERATIONS LIMITED, QUARTER ENDING 06/30/2024. (Pgs 1-10)

186. **Bankr. ECF No. 4777:** Filed 11/06/2024. POST-CONFIRMATION REPORT, ENDO OPERATIONS LIMITED, QUARTER ENDING 09/30/2024. (Pgs 1-10)

187. **Bankr. ECF No. 4778:** Filed 11/06/2024. POST-CONFIRMATION REPORT, ENDO US HOLDINGS LUXEMBOURG I S.A R.L., QUARTER ENDING 06/30/2024. (Pgs 1-10)

188. **Bankr. ECF No. 4779:** Filed 11/06/2024. POST-CONFIRMATION REPORT, ENDO US HOLDINGS LUXEMBOURG I S.A R.L., QUARTER ENDING 09/30/2024. (Pgs 1-10)

189. **Bankr. ECF No. 4780:** Filed 11/07/2024. AFFIDAVIT OF SERVICE. (Pgs 1-84)

190. **Bankr. ECF No. 4783:** Filed 11/11/2024. PLAN ADMINISTRATOR'S REPLY IN SUPPORT OF MOTION FOR ENTRY OF AN ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES; (II) GRANTING FINAL DECREES IN CERTAIN CLOSED CHAPTER 11 CASES; (III) AMENDING CAPTION OF REMAINING CASES; AND (IV) GRANTING RELATED RELIEF. (Pgs 1-4)

191. **Bankr. ECF No. 4785:** Filed 11/13/2024. NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 14, 2024 AT 11:00 A.M. (PREVAILING EASTERN TIME). (Pgs 1-3)

192. **Bankr. ECF No. 4786:** Filed 11/14/2024. MEMORANDUM DECISION GRANTING MOTION FOR ENTRY OF AN ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES; (II) GRANTING FINAL DECREES IN CERTAIN CLOSED CHAPTER 11 CASES; (III) AMENDING CAPTION OF REMAINING CASES; AND (IV) GRANTING RELATED RELIEF. (Pgs 1-13)

193. **Bankr. ECF No. 4808:** Filed 12/05/2024. ORDER (I) CLOSING CERTAIN CHAPTER 11 CASES; (II) GRANTING FINAL DECREES IN CERTAIN

CLOSED CHAPTER 11 CASES; (III) AMENDING CAPTION OF REMAINING CASES; AND (IV) GRANTING RELATED RELIEF. **(Pgs 1-6)**

194. **Bankr. ECF No. 4821:** Filed 12/11/2024. NOTICE OF REVISED PROPOSED ORDER SUSTAINING THE PLAN ADMINISTRATOR'S THIRD OMNIBUS OBJECTION TO CERTAIN (I) SATISFIED CLAIMS, (II) MODIFIED PRIORITY CLAIMS, (III) MODIFIED AMOUNT CLAIMS; AND (IV) MODIFIED PRIORITY AND AMOUNT CLAIMS (SUBSTANTIVE). **(Pgs 1-53)**

195. **Bankr. ECF No. 4835:** Filed 12/20/2024. ORDER SUSTAINING PLAN ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO CERTAIN (I) AMENDED AND SUPERSEDED CLAIMS, (II) LATE FILED CLAIMS, AND (III) EQUITY INTERESTS (NON-SUBSTANTIVE). **(Pgs 1-3)**

196. **Bankr. ECF No. 4836:** Filed 12/20/2024. ORDER SUSTAINING PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN (I) SUBSTANTIVE DUPLICATE CLAIMS, (II) CROSS DEBTOR DUPLICATE CLAIMS, AND (III) NO LIABILITY CLAIMS (SUBSTANTIVE). **(Pgs 1-4)**

197. **Bankr. ECF No. 4837:** Filed 12/20/2024. ORDER SUSTAINING PLAN ADMINISTRATOR'S THIRD OMNIBUS OBJECTION TO CERTAIN (I) SATISFIED CLAIMS, (II) MODIFIED PRIORITY CLAIMS, (III) MODIFIED AMOUNT CLAIMS; AND (IV) MODIFIED PRIORITY AND AMOUNT CLAIMS (SUBSTANTIVE). **(Pgs 1-26)**

198. **Bankr. ECF No. 4849:** Filed 05/02/2025. STIPULATION AND ORDER RESOLVING THE PLAN ADMINISTRATOR'S SECOND OMNIBUS OBJECTION TO CERTAIN (I) SUBSTANTIVE DUPLICATE CLAIMS, (II) CROSS DEBTOR DUPLICATE CLAIMS, AND (III) NO LIABILITY CLAIMS AS IT RELATES TO THE TRAVELERS INDEMNITY COMPANY'S CLAIM. **(Pgs 1-12)**

199. **Bankr. ECF No. 4850:** Filed 05/29/2025. STIPULATION AND AGREED ORDER REGARDING THE PLAN ADMINISTRATOR'S OBJECTION TO STRIDES' CLAIMS. **(Pgs 1-9)**

201. **22-22549-(JLG)DOC 7(8-17-22)(Motion for debtors transfers).pdf:** Motion to Pay Prepetition Wages, Salaries, Employee Benefits. (Pgs 1-67)

202. **22-22549-(JLG)DOC 1796(4-12-23)(Affid.Serv).pdf:** Affidavit of Service for various motions. (Pgs 1-16)

203. **22-22549-(JLG)DOC 1798(4-12-23)(7thMo.Statement).pdf:** Frankel Wyron LLP's Seventh Monthly Fee Statement. (Pgs 1-25)

204. **22-22549-(JLG)DOC 376(10-12-22)(ProposedOrdr.).pdf:** Combined Third Interim and Final Order (Employee Benefits). (Pgs 1-41)

205. **22-22549-(JLG)DOC605(11-08-22)($Decl.AerikPreisInSupp.ToRetainAkinGu mpStraussHa.pdf:** Arik Preis's Supplemental Declaration for Akin Gump Retention. (Pgs 1-19)

206. **22-07039-(JLG)DOC 104-1(2-26-24)((Volun.Oper.Inst.).pdf:** Voluntary Operating Injunction. (Pgs 1-30)

## III. DESIGNATED RECORD FROM BANKRUPTCY CASE NO. 22-22608 (JLG): ALL FILINGS- DOC 1 - 188 * AS OF 8-2-2025

1. **Bankr. ECF No. 1:** Filed 08/16/2022. VOLUNTARY PETITION FOR NON-INDIVIDUALS FILING FOR BANKRUPTCY. **(Pgs 1-23)**
2. **Bankr. ECF No. 2:** Filed 08/17/2022. ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b); (II) WAIVING THE REQUIREMENTS OF SECTION 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002(n); AND (III) GRANTING RELATED RELIEF. **(Pgs 1-43)**
3. **Bankr. ECF No. 3:** Filed 08/17/2022. MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I) EXTENDING THE TIME TO FILE SCHEDULES AND STATEMENTS; (II) EXTENDING THE TIME TO FILE REPORTS OF FINANCIAL INFORMATION REQUIRED UNDER BANKRUPTCY RULE 2015.3; (III) WAIVING REQUIREMENT TO FILE LIST OF EQUITY SECURITY . HOLDERS AND PROVIDE NOTICE OF COMMENCEMENT TO EQUITY SECURITY HOLDERS; AND (IV) GRANTING RELATED RELIEF. **(Pgs 1-16)**
4. **Bankr. ECF No. 5:** Filed 08/17/2022. ORDER (I) DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES PURSUANT TO BANKRUPTCY RULE 1015(b); (II) WAIVING THE REQUIREMENTS OF SECTION 342(c)(1) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2002(n); AND (III) GRANTING RELATED RELIEF. **(Pgs 1-19)**
5. **Bankr. ECF No. 26:** Filed 01/13/2025. LETTER FROM DOLORES TALOTTA. **(Pgs 1-1)**
6. **Bankr. ECF No. 27:** Filed 01/14/2025. AMENDED NOTICE OF SCHEDULING OF OMNIBUS HEARING DATES. **(Pgs 1-3)**
7. **Bankr. ECF No. 29:** Filed 01/31/2025. POST-CONFIRMATION REPORT, BRANDED OPERATIONS HOLDINGS, INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**
8. **Bankr. ECF No. 30:** Filed 01/31/2025. POST-CONFIRMATION REPORT, HAWK ACQUISITION IRELAND LIMITED, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**
9. **Bankr. ECF No. 31:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PALADIN LABS INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**
10. **Bankr. ECF No. 32:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PAR LABORATORIES EUROPE, LTD., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**
11. **Bankr. ECF No. 33:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL 2, INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

12. **Bankr. ECF No. 34:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL COMPANIES, INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

13. **Bankr. ECF No. 35:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL, INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

14. **Bankr. ECF No. 36:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PAR STERILE PRODUCTS, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

15. **Bankr. ECF No. 37:** Filed 01/31/2025. POST-CONFIRMATION REPORT, PAR, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

16. **Bankr. ECF No. 38:** Filed 01/31/2025. POST-CONFIRMATION REPORT, TIMM MEDICAL HOLDINGS, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

17. **Bankr. ECF No. 39:** Filed 01/31/2025. POST-CONFIRMATION REPORT, VINTAGE PHARMACEUTICALS, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

18. **Bankr. ECF No. 40:** Filed 01/31/2025. POST-CONFIRMATION REPORT, ASTORA WOMEN'S HEALTH IRELAND LIMITED, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

19. **Bankr. ECF No. 41:** Filed 01/31/2025. POST-CONFIRMATION REPORT, ASTORA WOMEN'S HEALTH, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

20. **Bankr. ECF No. 42:** Filed 01/31/2025. POST-CONFIRMATION REPORT, DAVA PHARMACEUTICALS, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

21. **Bankr. ECF No. 48:** Filed 01/31/2025. POST-CONFIRMATION REPORT, ENDO INTERNATIONAL PLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

22. **Bankr. ECF No. 50:** Filed 01/31/2025. POST-CONFIRMATION REPORT, ENDO U.S. INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

23. **Bankr. ECF No. 51:** Filed 01/31/2025. POST-CONFIRMATION REPORT, ENDO VENTURES UNLIMITED, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

24. **Bankr. ECF No. 52:** Filed 01/31/2025. POST-CONFIRMATION REPORT, GENERICS BIDCO I, LLC, QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

25. **Bankr. ECF No. 53:** Filed 01/31/2025. POST-CONFIRMATION REPORT FOR PAR PHARMACEUTICAL HOLDINGS, INC., QUARTER ENDING 12/31/2024. **(Pgs 1-10)**

26. **Bankr. ECF No. 56:** Filed 02/18/2025. MOTION FOR MODIFICATION OF THE PLAN OF REORGANIZATION AND FOR EQUITABLE RELIEF TO: 1) ACCEPTANCE OF ALLOWED CLAIM, 2) DESIGNATE SURVIVING VICTIM STATUS, 3) ESTABLISH SEPARATE, SEGREGATED PROTECTIVE TRUST FOR ALL "SURVIVING VICTIMS" AND 4) DIRECTING FULL PAYMENT OF ALLOWED CLAIM IN THE AMOUNT OF $5 MILLION DOLLARS ($5,000,000). **(Pgs 1-27)**



27. **Bankr. ECF No. 61:** Filed 03/14/2025. PI TRUSTEE'S RESPONSE/MOTION FOR PRO HAC VICE. **(Pgs 1-1)**

28. **Bankr. ECF No. 63:** Filed 03/18/2025. RESPONSE OF CHARLES ELLIOTT ANDERSON JR. TO OBJECTIONS TO: MOTION FOR MODIFICATION OF THE PLAN OF REORGANIZATION AND FOR EQUITABLE RELIEF. **(Pgs 1-5)**

29. **Bankr. ECF No. 64:** Filed 03/18/2025. EXHIBIT (B): REPORT TO JUVENILE COURT B(1-5) FILED WITH RESPONSE TO OBJECTION. **(Pgs 1-6)**

30. **Bankr. ECF No. 66:** Filed 03/18/2025. RESPONSE OF CHARLES ELLIOTT ANDERSON JR. TO OBJECTIONS TO MOTION FOR MODIFICATION OF THE PLAN OF REORGANIZATION AND FOR EQUITABLE RELIEF. **(Pgs 1-11)**

31. **Bankr. ECF No. 66-1:** Filed 03/18/2025. APPENDIX TO RESPONSE TO OBJECTIONS TO MOTION FOR MODIFICATION. **(Pgs 1-6)**

32. **Bankr. ECF No. 69:** Filed 03/30/2025. MEMORANDUM DECISION DENYING MOTION FOR ENTRY OF AN ORDER MODIFYING THE PLAN OF REORGANIZATION. **(Pgs 1-16)**

33. **Bankr. ECF No. 72:** Filed 04/09/2025. MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO MODIFY PLAN OF REORGANIZATION. **(Pgs 1-19)**

34. **Bankr. ECF No. 76:** Filed 04/14/2025. CERTIFICATE OF NO OBJECTION FOR PLAN ADMINISTRATOR'S FOURTH OMNIBUS OBJECTION. **(Pgs 1-94)**

35. **Bankr. ECF No. 82:** Filed 04/28/2025. ADDENDUM TO MOTION FOR RECONSIDERATION. **(Pgs 1-18)**

36. **Bankr. ECF No. 83:** Filed 04/28/2025. EXHIBITS (A-I) FILED WITH ADDENDUM TO MOTION FOR RECONSIDERATION. **(Pgs 1-40)**

37. **Bankr. ECF No. 84:** Filed 04/30/2025. POST-CONFIRMATION REPORT FOR BRANDED OPERATIONS HOLDINGS, INC., QUARTER ENDING 03/31/2025. **(Pgs 1-10)**

38. **Bankr. ECF No. 85:** Filed 04/30/2025. POST-CONFIRMATION REPORT FOR ASTORA WOMEN'S HEALTH IRELAND LIMITED, QUARTER ENDING 03/31/2025. **(Pgs 1-10)**

39. **Bankr. ECF No. 86:** Filed 04/30/2025. POST-CONFIRMATION REPORT FOR ASTORA WOMEN'S HEALTH, LLC, QUARTER ENDING 03/31/2025. **(Pgs 1-10)**

40. **Bankr. ECF No. 88:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO AESTHETICS LLC, QUARTER ENDING 03/31/2025. **(Pgs 1-10)**

41. **Bankr. ECF No. 89:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO FINANCE LLC, QUARTER ENDING 03/31/2025. **(Pgs 1-10)**

42. **Bankr. ECF No. 90:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO FINCO INC., QUARTER ENDING 03/31/2025. **(Pgs 1-10)**



43. **Bankr. ECF No. 91:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO GENERICS HOLDINGS, INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

44. **Bankr. ECF No. 92:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO HEALTH SOLUTIONS INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

45. **Bankr. ECF No. 93:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO INTERNATIONAL PLC, QUARTER ENDING 03/31/2025. (Pgs 1-10)

46. **Bankr. ECF No. 94:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO PHARMACEUTICALS INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

47. **Bankr. ECF No. 95:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO U.S. INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

48. **Bankr. ECF No. 96:** Filed 04/30/2025. POST-CONFIRMATION REPORT, ENDO VENTURES UNLIMITED, QUARTER ENDING 03/31/2025. (Pgs 1-10)

49. **Bankr. ECF No. 97:** Filed 04/30/2025. POST-CONFIRMATION REPORT, GENERICS BIDCO I, LLC, QUARTER ENDING 03/31/2025. (Pgs 1-10)

50. **Bankr. ECF No. 98:** Filed 04/30/2025. POST-CONFIRMATION REPORT, HAWK ACQUISITION IRELAND LIMITED, QUARTER ENDING 03/31/2025. (Pgs 1-10)

51. **Bankr. ECF No. 99:** Filed 04/30/2025. POST-CONFIRMATION REPORT, PALADIN LABS INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

52. **Bankr. ECF No. 102:** Filed 04/30/2025. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL COMPANIES, INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

53. **Bankr. ECF No. 103:** Filed 04/30/2025. POST-CONFIRMATION REPORT, PAR PHARMACEUTICAL HOLDINGS, INC., QUARTER ENDING 03/31/2025. (Pgs 1-10)

54. **Bankr. ECF No. 105:** Filed 04/30/2025. POST-CONFIRMATION REPORT, PAR STERILE PRODUCTS, LLC, QUARTER ENDING 03/31/2025. (Pgs 1-10)

55. **Bankr. ECF No. 107:** Filed 04/30/2025. POST-CONFIRMATION REPORT, TIMM MEDICAL HOLDINGS, LLC, QUARTER ENDING 03/31/2025. (Pgs 1-10)

56. **Bankr. ECF No. 108:** Filed 04/30/2025. POST-CONFIRMATION REPORT, VINTAGE PHARMACEUTICALS, LLC, QUARTER ENDING 03/31/2025. (Pgs 1-10)

57. **Bankr. ECF No. 109:** Filed 05/01/2025. ORDER SUSTAINING PLAN ADMINISTRATOR'S FOURTH OMNIBUS OBJECTION TO CERTAIN (I) AMENDED CLAIMS; (II) MODIFIED AMOUNT AND PRIORITY CLAIMS; (III) NO LIABILITY CLAIMS; (IV) DMP CLAIMS; AND (V) CLAIMS TO BE RECLASSIFIED. (Pgs 1-36)

58. **Bankr. ECF No. 112:** Filed 05/07/2025. PI TRUSTEE'S RESPONSE TO CHARLES ELLIOTT ANDERSON JR.'S MOTION FOR RECONSIDERATION. (Pgs 1-2)

59. **Bankr. ECF No. 113:** Filed 05/07/2025. PLAN ADMINISTRATOR'S OBJECTION TO MOTION FOR RECONSIDERATION. **(Pgs 1-9)**
60. **Bankr. ECF No. 116:** Filed 05/14/2025. RESPONSE BRIEF IN OPPOSITION TO PLAN ADMINISTRATOR'S OBJECTION AND PI TRUSTEE'S RESPONSE CONCERNING PI TRUST ADMINISTRATION AND VICTIM DISTRIBUTION. **(Pgs 1-13)**
61. **Bankr. ECF No. 117:** Filed 05/14/2025. PETITIONER'S SUPPLEMENTAL SUBMISSION REGARDING RECENT FINANCIAL RESULTS IN SUPPORT OF PENDING MOTIONS AND OBJECTIONS. **(Pgs 1-4)**
62. **Bankr. ECF No. 117-1,2:** Filed 05/14/2025. EXHIBIT A TO PETITIONER'S SUPPLEMENTAL SUBMISSION (ENDO REPORTS FIRST-QUARTER 2025 FINANCIAL RESULTS PRESS RELEASE). **(All Pages)**
63. **Bankr. ECF No. 118:** Filed 05/18/2025. EMERGENCY SUPPLEMENTAL SUBMISSION REGARDING RECENTLY UNCOVERED MERGER INFORMATION IN SUPPORT OF PENDING MOTIONS AND OBJECTIONS. **(Pgs 1-8)**
64. **Bankr. ECF No. 119-1:** Filed 05/18/2025. EXHIBIT A TO EMERGENCY SUPPLEMENTAL SUBMISSION (MESSAGE FROM SIGGI OLAFSSON, MALLINCKRODT CEO). **(Pgs 1-1)**
65. **Bankr. ECF No. 119-2:** Filed 05/18/2025. EXHIBIT B TO EMERGENCY SUPPLEMENTAL SUBMISSION (MALLINCKRODT AND ENDO PRESS RELEASE). **(Pgs 1-1)**
66. **Bankr. ECF No. 119-3:** Filed 05/18/2025. EXHIBIT C TO EMERGENCY SUPPLEMENTAL SUBMISSION (MALLINCKRODT 2025 ANNUAL SHAREHOLDERS REPORT/PROXY STATEMENT). **(Pgs 1-59)**
67. **Bankr. ECF No. 119-4:** Filed 05/18/2025. EXHIBIT D TO EMERGENCY SUPPLEMENTAL SUBMISSION (MALLINCKRODT PLC PROCESS FOR TRANSFERRING SHARES). **(Pgs 1-3)**
68. **Bankr. ECF No. 119, -119-(1)(2)(3)(4):** Filed 05/19/2025. EMERGENCY SUPPLEMENTAL SUBMISSION REGARDING RECENTLY UNCOVERED MERGER INFORMATION IN SUPPORT OF PENDING MOTIONS AND OBJECTIONS. **(All Pages)**
69. **Bankr. ECF No. 122:** Filed 05/23/2025. NOTICE OF PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE RECLASSIFIED. **(Pgs 1-57)**
70. **Bankr. ECF No. 124:** Filed 05/25/2025. MEMORANDUM DECISION AND ORDER DENYING MOTION FOR RECONSIDERATION. **(Pgs 1-34)**
71. **Bankr. ECF No. 128:** Filed 06/04/2025. NOTICE OF APPEAL AND STATEMENT OF ELECTION. **(Pgs 1-2)**
72. **Bankr. ECF No. 131:** Filed 06/13/2025. OBJECTION OF CLAIM RECLASSIFICATION. **(Pgs 1-4)**

73. **Bankr. ECF No. 135:** Filed 06/20/2025. AMENDED MOTION FOR EXTENSION OF TIME TO DESIGNATE THE RECORD ON APPEAL. **(Pgs 1-3)**

74. **Bankr. ECF No. 136:** Filed 06/20/2025. NOTICE OF REVISED PROPOSED ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE RECLASSIFIED. **(Pgs 1-68)**

75. **Bankr. ECF No. 137:** Filed 06/20/2025. NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 24, 2025, AT 11:00A.M. (PREVAILING EASTERN TIME). **(Pgs 1-4)**

76. **Bankr. ECF No. 138:** Filed 06/23/2025. OBJECTION BY DR. DENISE SNEED SAVAGE. **(Pgs 1-2)**

77. **Bankr. ECF No. 139:** Filed 06/23/2025. THE PLAN ADMINISTRATOR'S STATUS REPORT ON OUTSTANDING OMNIBUS CLAIM OBJECTIONS TO CERTAIN SAP CLAIMS. **(Pgs 1-3)**

78. **Bankr. ECF No. 140:** Filed 06/24/2025. AFFIDAVIT OF SERVICE FOR PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION. **(Pgs 1-52)**

79. **Bankr. ECF No. 141:** Filed 06/24/2025. MEMORANDUM DECISION SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE RECLASSIFIED. **(Pgs 1-13)**

80. **Bankr. ECF No. 142:** Filed 06/25/2025. CHANGE OF ADDRESS FOR DECEASED CREDITOR, JOHN K. LAWYER. **(Pgs 1-3)**

81. **Bankr. ECF No. 143:** Filed 06/27/2025. MINUTE ENTRY FOR PROCEEDINGS HELD ON JUNE 24, 2025. **(Pgs 1-1)**

82. **Bankr. ECF No. 144:** Filed 07/10/2025. PLAN ADMINISTRATOR'S OMNIBUS REPLY IN SUPPORT OF FIFTH OMNIBUS OBJECTION. **(Pgs 1-13)**

83. **Bankr. ECF No. 146-1:** Filed 07/15/2025. NOTICE OF CONSENT MOTION TO AMEND THE NAS PERSONAL INJURY TRUST AGREEMENT AND TO ESTABLISH

84. THE ENDO OPIOID NAS PERSONAL INJURY SUB-QUALIFIED SETTLEMENT FUNDS. **(Pgs 1-2)**

85. **Bankr. ECF No. 147:** Filed 07/15/2025. ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION TO CERTAIN CLAIMS TO BE RECLASSIFIED. **(Pgs 1-3)**

86. **Bankr. ECF No. 147-1:** Filed 07/15/2025. EXHIBIT 1 TO ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION (RECLASSIFIED RANITIDINE CLAIMS). **(Pgs 1-13)**

87. **Bankr. ECF No. 147-2:** Filed 07/15/2025. EXHIBIT 2 TO ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION (RECLASSIFIED GENERICS PRICE FIXING CLAIMS). **(Pgs 1-1)**

88. **Bankr. ECF No. 147-3:** Filed 07/15/2025. EXHIBIT 3 TO ORDER SUSTAINING PLAN ADMINISTRATOR'S FIFTH OMNIBUS OBJECTION (RECLASSIFIED PI OPIOID CLAIMS). (Pgs 1-8)
89. \*All Bankr. Docs 1-188 (# 22-22608)

## IV. NON-ECF DOCUMENTS (TO BE INCLUDED AS APPENDIX TO APPELLATE BRIEF):

1. **AKIN_GUMP LAWSUIT.pdf:** AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P. v. NATIONAL DEVELOPMENT AND RESEARCH CORPORATION (Supreme Court of Texas, 2009). (Pgs 1-32)
2. **EMAIL TO ENDO - (CC,) 6-12-25.pdf:** Email Demand for Financial Transparency, Dated June 12, 2025. (Pgs 1-3)
3. **EMAILS TO TRUSTEE ENDO PI TRUST & RESPONSES BACK.pdf:** Email exchanges with Trustee/Kroll, including Dec 13, 2024 admission. (Pgs 1-6)
4. **Endo- First-Quarter 2024 Financial Results for Endo International plc - May 30, 2024.pdf:** Endo Q1 2024 Financial Results Press Release, issued May 30, 2024. (Pgs 1-15)
5. **Endo Reports First-Quarter 2025 Financial Results and Reaffirms 2025 Financial Guidance - May 7, 2025.pdf:** Endo Q1 2025 Financial Results Press Release, issued May 7, 2025. (Pgs 1-18)
6. **ENDO INC SEC- (10-Q) 2024-11-05 QT.REPORT.pdf:** Endo Q3 2024 SEC Form 10-Q, filed 11/05/2024. (Pgs 1-126)
7. **ENDO INC(8-K) 2025-06-25.(PDF).pdf:** Endo Inc. Form 8-K, filed 06/25/2025. (Pgs 1-4)
8. **Endo P I Trustee letter -Confirmation #6864-2 on file:** Official Trust Letter to Charles Anderson, dated May 30, 2025, confirming Allowed PI Opioid Claim #6864-2 and estimated pro rata payment. (Pgs 1-1)
9. **Endo Pdf-(Final Addendum screenshot, highlighting Endo's prior misconduct/rebranding).** (Pgs 1-1)
10. **Mallinckrodt and Endo Announce Merger, Possible Spin:** Akin Gump Strauss Hauer & Feld LLP article, March 26, 2025. (Pgs 1-1)
11. **Mallinckrodt and Endo Shareholders Approve Combination to Create a Global, Scaled, Diversified Pharmaceuticals Leader _ Mallinckrodt.pdf:** Mallinckrodt/Endo Merger News Release, June 13, 2025. (Pgs 1-2)
12. **SEC FORM 8K- MALLINCKRODT.pdf:** Mallinckrodt Form 8-K, filed June 13, 2025. (Pgs 1-12)
13. **Slamming the Backdoor on Non-Consensual Third-Party Releases:** Proskauer article, May 9, 2025. (Pgs 1-1)
14. **Bankruptcy Courts and the Constitution:** Henninger article, Dec 2020. (Pgs 1-1)
15. **Medical Records:** The full set of medical records provided to the PI Trust and the Bankruptcy Court (originally filed as Exhibit I to ECF Doc. 83). (Pgs 1-39) **ECF 4694 - 4694-9 ( 22-22549-(JLG)**

16. **Physician Letter for Disability:** Letter from physician supporting mental disability (originally filed as Exhibit B to your Motion for Court Order Authorizing Production of Transcripts). (Pgs 1-1)
17. **Screenshot, referencing Chapter 11 in Delaware:** . (Pgs 1-1)
18. **Mallinckrodt plc Form 8-K, filed July 7, 2025:** . (Pgs 1-1)
19. **The Opioid Epidemic and Medical Malpractice Suits:** Girvin & Ferlazzo, PC article. (Pgs 1-3)
20. **Arik Preis Biography:** Akin Gump Strauss Hauer & Feld LLP website, Arik Preis's profile. (Pgs 1-2)
21. **SHADDEN_ARPS- EX-10.1.pdf:** Skadden's Second Amended and Restated Restructuring Support Agreement, filed Dec 28, 2023. (Pgs 1-505)
22. **2)TRANSMISSION AGREEMENT- MALLINCKRODT PLC, & ENDO INC, & SALVARE MERGER SUB,LLC.pdf:** Transaction Agreement, dated March 13, 2025. (Pgs 1-137)
23. **EXHIBIT 9 - (All Medical Records)PGS 1- 11 - CHARLES ANDERSON CORRESPONDENCE WITH ENDO.pdf:** Correspondence with Endo PI Trust/Akin Gump, May-June 2024. (Pgs 1-11)
24. **CLASS ACTION REPORTER - JUNE 15, 2016.pdf:** Class Action Reporter, Vol. 18, No. 119, June 15, 2016. (Pgs 1-6).

## V. TOTAL UNIQUE ECF DOCUMENTS DESIGNATED: 277

- **From Case 22-22549 (JLG):** 195 documents (numbered 1-195 in Section II)
- **From Case 22-22608 (JLG):** 82 documents (numbered 1-82 in Section III)

The documents designated above, and the thousands of pages they represent, are not merely records of a bankruptcy case. They are a narrative of an intentionally orchestrated "fraud on the court," designed to protect a solvent corporation from its liabilities while leaving victims with pennies. The filings demonstrate a clear pattern of:

1. **Perjury from the Outset:** The sworn petitions of the debtors stating they were insolvent when their own filings showed otherwise.
2. **Intentional Obfuscation:** Motions to redact information and create a complex web of shell companies to confuse victims and the court.
3. **Complicity of Fiduciaries:** Law firms with undeniable conflicts of interest representing multiple parties, and a court-appointed trustee who has actively opposed victims.
4. **A Grossly Unfair Fee Drain:** The extraction of hundreds of millions of dollars in fees for professionals while victims receive a pittance.

The court's duty of equitable oversight under 11 U.S.C. § 105(a) requires a full review of these facts. The countless contradictions in the Debtors' filings, the unconscionable

conflicts of interest, and the unequal distribution of funds are not minor errors; they are the hallmarks of a system designed to fail. The only just and proper remedy is to declare the plan void *ab initio* and ensure a fair, transparent, and equitable resolution for all who have been harmed.

---

## VI. CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2025, I caused a true and correct copy of the foregoing Designation of the Record on Appeal to be served on all counsel of record and interested parties via the Court's Electronic Case Filing (ECF) system, which will send notification of such filing to all registered participants.

**CHARLES ELLIOTT ANDERSON JR.** Pro Se, Appellant 1205 California Ave. #2 Las Cruces, NM. 88001 575-300-3833 thankyoulord2019@gmail.com

**Respectfully submitted this 2nd day of August, 2025**

**Charles Elliott Anderson Jr.**
**1205 California Ave. #2**
**Las Cruces, NM. 88001**
**575-300-3833**
**thankyoulord2019@gmail.com**

\* To Be Mailed regular postage
to Service addresses.
\* END DOC. - (27 pages) \*

(27)