Charles Elliott Anderson, Jr.

1205 California Ave. #2

Las Cruces, NM 88001

(575) 300-3833

thankyoulord2019@gmail.com



RECEIVED
FEB 2 2026
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

---

In re:

BRANDED OPERATIONS HOLDINGS, INC.,

(Bankruptcy Case No. 22-22608 (JLG))

*(Formerly ENDO International plc, 22-22549 (JLG))*

Debtors.

---

CHARLES ELLIOTT ANDERSON, JR.,

Appellant / Relator Pro Se,

v.

PATRICK J. BARTELS, JR. (Plan Administrator), &

EDGAR C. GENTLE, III (PI Trustee),

Appellees.

---

# OFFICIAL FORM 417A: NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the Appellant

1. **Name of Appellant:**

   Charles Elliott Anderson, Jr..

1. **Position of Appellant:**

   Aggrieved Creditor (Holder of Allowed Class 7A-PI Opioid Claim #10223 / 6864-2).

### Part 2: Identify the Subject of this Appeal

1. **Description of Order:**

   Memorandum Decision and Order Denying Motion [Bankr. ECF Doc 295], entered January 5, 2026, which erroneously denied enforcement of a Deemed Allowed Claim and validated unconstitutional third-party releases.

1. **Date of Entry:**

   January 5, 2026.

   HONORABLE JUDGE JAMES L. GARRITY JR. ( ECF DOC 295 )

### Part 3: Identify the Other Parties to the Appeal

1. **Appellee (Plan Administrator):** Patrick J. Bartels, Jr.,

c/o Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004.

1. **Appellee (PI Trustee):**

    Edgar C. Gentle, III,

    c/o Cross & Simon, 1105 N. Market Street, Suite 901, Wilmington, DE 19801.

**Part 4: Optional Election**

[X] Appellant elects to have the appeal heard by the **United States District Court** rather than by the Bankruptcy Appellate Panel.

[ RELATED DISTRICT COURT CASE NO. 7 : 25-cv-5045-(JGLC) ]

---

# ISSUES AND ERRORS ON APPEAL

**TO THE HONORABLE DISTRICT COURT:**

Appellant Charles Elliott Anderson, Jr. hereby submits this **Notice of Appeal** and **Statement of Issues**.

This filing is submitted "*Nunc Pro Tunc*" to preserve all issues suppressed during the accelerated hearing on December 17th, 2025.

Appellant provides the following extensive narration of the judicial errors and extrinsic fraud that have subverted the integrity of the Chapter 11 process: Including But Not Limited To :

## I. REBUTTAL TO THE "FINALITY" FALLACY : (ECF 295, PAGE 2)

- **The Error:** The Bankruptcy Court opens its decision by stating, "The Debtors' Confirmation Order is final and non-appealable".

- **The Rebuttal:** A judgment is never "final" when procured through **Extrinsic Fraud** or **Fraud upon the Court**. Under the *Hazel-Atlas Glass Co. v. Hartford-Empire Co.* standard, the Court retains inherent power to vacate orders where the judicial machinery was subverted. The "Finality" shield cannot immunize a $75 Billion asset-strip that was concealed until after the appeal window closed. Including the withholding of key information of the financial solvency of "Operand"- Shell Companies, and the "Luxembourg Solvent Vaults" - that were raided by the Fraudulent Fiduciaries that have created a Cross-Sector Monopoly of all the competing opioid companies. Using Golden Tree Asset Management- to consolidate control over all these Pharmaceutical companies.

## II. PATRICK BARTELS:

### THE "WIZARD OF OZ" & THE FIDUCIARY MONOPOLY

- **The Issue:** The Court erred in treating Patrick J. Bartels, Jr. as a disinterested fiduciary. Bartels acts as a "Wizard of Oz," pulling strings from the "Malvern Nest" (1400 Atwater Drive) while maintaining his hand in every "cookie jar" across the sector.

- **The Conflict: Bartels serves as a Director and Board Member for at least 9 simultaneous entities, including Millrose Properties, Noble Corp, Avaya, Grizzly Energy LLC, Regal Cineworld Group, Agile Thought Inc, Exide Technologies, Millrose Properties and Pyxus International Inc, and more - creating an illegal cross-sector monopoly.**

- **Self-Dealing:** Bartels serves as a director of **Hawk Acquisition Ireland**, the entity that acquired the siphoned $1.5 Billion in transfers. This mirrors the $500 Million fraudulent

transfer pattern from Bartels' past in the *TOUSA* case (*In re TOUSA, Inc.*), where subsidiaries received "less than reasonably equivalent value".

## III. THE RSA SHAM:

**ENDO INTERNATIONAL- SOLD ITSELF TO ITSELF-**

- **The Issue:** The **Restructuring Support Agreement (RSA) [ECF 20]** was a pre-negotiated heist, signed before filing- where Endo International "sold itself" to the "Purchaser Entities" (the first-lien lenders) - Itself.

- **The Argument:** The RSA dictates that the **Purchasers** fund the Trust payments—not Endo. Endo International did not put up anything- it instead "Credit Bid" itself- to itself. Making 100% of all assets to go to the "New Co"- [ ENDO INC, - ITSELF- RAN FROM THE SAME "MALVERN NEST"- at 1400 Atwater Drive, Malvern Pennsylvania.

- This proves the bankruptcy was a fake proceeding: the company changed its name to **Endo, Inc.**, merged with **Mallinckrodt**, and "went dark" to bypass SEC reporting.

## IV. THE PURDUE CLONE &

## JURISDICTIONAL THEFT :

- **The Verbatim Error:** The releases in this case are a verbatim "recycled" clone of the unconstitutional Sackler releases struck down in *Harrington v. Purdue Pharma L.P.* (*see* Purdue ECF No. 8171).

- **Jurisdiction Bait-and-Switch: Exhibit I, Page 31 (Section 10.12)** contains the "Capture Clause" used to override the **Delaware Jurisdiction** mandated by the 2015 Par Acquisition Merger Agreement. The Court allowed venue-shopping to the SDNY to

(5)

utilize the "Court's Jurisdictional Shield" and protect the **$21.8 Billion Luxembourg, solvency** from stricter Delaware laws.

## V. SPOLIATION OF THE RECORD & THE RODRIGUEZ TAPES

- **Forensic Notice:** Appellant provided verbatim notice of the **$21.8 Billion Luxembourg fraud** and the Hawk siphoning of the $500 Million Dollar Transfers to the Clerk of the Honorable JudgeGarrity- (**Ms. Rodriguez**) on Nov 11, 12, and 17, 2025.

- **Docket Malfeasance:** The Court ignored the request for these tapes and labeled Appellant's medical evidence (**Exhibits F2/F4**) "illegible," effectively blacking out proof of **direct causation** between Debtors' products and Appellant's irreparable disability. Further mislabeling The Motion to Compel & Declare Third Party Releases Unenforceable as to Movant- ( ECF 277 ) - as a "Motion to Approve" - directly after ECF 276- the Rushed Order Closing Cases - thereby hiding and sanctioning this fraud on the Allowed Claimants & General Unsecured Creditors.

## VI. ADMISSION BY SILENCE & THE DEC 17 HEARING

- **The Error:** The PI Trustee (**Edgar Gentle**) did not speak up at the December 17, 2025 hearing or object to Appellant's **Proposed Order**.

- **The Fact:** Under Fed. R. Civ. P. 8(b)(6), this silence regarding the $5 Million claim valuation constitutes a **Judicial Admission** and a confession of judgment that the Court and Plan Administrator also failed to address.

**PRAYER FOR RELIEF:**

**STAY** the case closure (ECF 243/276) pending appeal.

**VACATE** the January 5th Order (ECF 295) for Extrinsic Fraud.

**ORDER** a full audit of the $10.23 Billion SEC-to-Petition Asset Gap.

**COMPEL** production of the **Rodriguez Tapes**.

Including any other relief this Honorable Court deems is necessary to correct a Manifest Injustice.

**RESPECTFULLY SUBMITTED THIS 16th DAY OF JANUARY, 2026.**

*(Signed)*

*Charles Elliott Anderson, Jr.*

Appellant / Relator Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2026, I served the foregoing **Amended Notice of Appeal and Statement of Election** via the **SDNY Bankruptcy Pro Se Upload Portal** and via **First Class Mail** and **Email** to counsel for the Appellees:

- **Plan Administrator Counsel:** maloney@sewkis.com; lotempio@sewkis.com
- **PI Trustee Counsel:** csimon@crosssimon.com
- **U.S. Trustee:** [Local SDNY Office Address]

( Attached Order - ECF 295 )

*(Signed)*

*Charles Elliott Anderson, Jr.*

(7)